IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
JAN 24 2008
JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

LARRY SHIFFLETT,

    Plaintiff,

v.                              Civil Action No. 5:06cv00127

GENERAL ELECTRIC COMPANY,

and

ELECTRIC POWER SYSTEMS, INC.,

and

ELECTRIC POWER SYSTEMS INTERNATIONAL, INC.,

    Defendants.

### ORDER OF DISMISSAL

This matter is before the Court on the joint motion of the plaintiff and defendant General Electric Co. ("GE") hereto, through their respective counsel, to dismiss this case, as to GE only with prejudice; and

It appearing to the Court that the plaintiff and GE have reached a settlement agreement; it is hereby ORDERED that this case as to GE only be and hereby is DISMISSED WITH PREJUDICE. This Order shall have no effect as to plaintiff's claims against defendants Electric Power Systems, Inc. and Electric Power Systems International, Inc., which remain pending.

As to defendant General Electric Company, this Order is FINAL.

                                  /s/ Glen Conrad
                                  United States District Court Judge

                                Date: JANUARY 24, 2008

We ask for this:


/s/ James F. Neale
James F. Neale, Esquire
VSB No. 43060
Melissa Wolf Riley, Esquire
VSB No. 43316
McGuireWoods LLP
Court Square Building
310 Fourth Street, N.E., Suite 300
Post Office Box 1288
Charlottesville, Virginia 22902
(434) 977-2582
(434) 980-2263 (Facsimile)

Counsel for Defendant


/s/ Thomas H. Oxenham III
L. B. Chandler, Jr., Esquire
Thomas H. Oxenham III, Esquire
The Chandler Law Group
Post Office Box 6747
Charlottesville, Virginia 22906

Counsel for Plaintiff