IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
JUN 2 6 2008
JOHN F. CORCORAN, CLERK
BY: /s/ 
DEPUTY CLERK

| | |
|---|---|
| LARRY SHIFFLETT, ) | |
|     Plaintiff, ) | Civil Action No. 5:06CV00127 |
| ) | |
| v. ) | **ORDER** |
| ) | |
| GENERAL ELECTRIC COMPANY, ) | By: Hon. Glen E. Conrad |
| et al., ) | United States District Judge |
|     Defendants. ) | |

On this day, the plaintiff, Larry Shifflett, and the remaining defendants, Electric Power Systems, Inc. and Electric Power Systems International, Inc., appeared before the court and announced that the controversy before the court has been compromised and settled. Accordingly, on joint motion of the parties, it is now

**ORDERED**

that this case shall be and hereby is **DISMISSED** with prejudice and **STRICKEN** from the active docket of the court. It is understood that additional documentation memorializing the form and content of the settlement will be prepared and exchanged between the parties in due course.

The Clerk is directed to send certified copies of this order to all counsel of record.

ENTER: This 26th day of June, 2008.

_____
United States District Judge

_____
Counsel for Plaintiff

_____
Counsel for Defendants

_____
Counsel for Plaintiff

_____
Counsel for Defendants

_____
Counsel for Plaintiff